**Drain Maurice SHORT, a/k/a Dwayne A. Shorter, a/k/a Drain M. Short, Plaintiff-Appellant,**

v.

**WEXFORD HEALTH SOURCES, INC.; J. Phillip Morgan, Warden, Defendants-Appellees.**

No. 17-6265

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Drain Maurice Short, Appellant Pro Se. Meghan Renee Hatfield Yanacek, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland; Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Drain Maurice Short appeals the district court's order granting the Defendants' motions to dismiss Short's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Short v. Wexford Health Sources, Inc.*, No. 8:16-cv-00319-GJH, 2017 WL 1273926 (D. Md. filed Feb. 3, 2017; entered Feb. 6, 2017). We deny the motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*